Opinion filed June 8, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed June 8, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00029-CV 

 

                                                    __________

 

                     CARROLL
THOMAS, J. MILES BOLDRICK D/B/A 

 STATEWIDE MINERALS CO., RALPH G. ANDERSON, 

    AND JAMES P. BOLDRICK, Appellants

 

                                                             V.

 

                    BTA
OIL PRODUCERS, A PARTNERSHIP, Appellee

 



 

                                         On
Appeal from the 238th District Court

 

                                                         Midland County, Texas

 

                                                Trial
Court Cause No. CV-44,500

 



 

                                            M
E M O R A N D U M     O P I N I O N

Carroll Thomas, J. Miles Boldrick d/b/a Statewide
Minerals Co., and Ralph G. Anderson have filed in this court a motion to
dismiss their appeal as to BTA Oil Producers, a partnership.  The motion is granted; and Carroll Thomas, J.
Miles Boldrick d/b/a Statewide Minerals Co., and Ralph G. Anderson=s appeal against BTA Oil Producers is
dismissed.








We note that Thomas, J. Miles Boldrick, Anderson,
and James P. Boldrick=s
appeal against Chevron/Texaco has previously been dismissed.  Therefore, the parties before this court are
now James P. Boldrick as appellant and BTA Oil Producers as appellee.  We further note that James P. Boldrick=s brief was filed in this court on May
22, 2006, and that BTA Oil Producers=s
brief is due to be filed in this court on or before June 21, 2006.

 

PER CURIAM

 

June 8, 2006

Panel consists of:  Wright,
C.J., and McCall, J.

Strange, J., not participating.